# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50121 | **DATE** | 12/13/2006 |
| **CASE TITLE** | Moule vs. Winnebago Co. Public Defender's Office | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the attached Memorandum Opinion and Order, Plaintiff's Motion to Strike Defendant's Supplemental Discovery is granted in part and denied in part. Defendant may not use the testimony from either Michael Combs or Tomiko Gay at trial, at a hearing, or on any motion. Defendant is given fourteen days in which it is to provide a witness-by-witness breakdown of all evidence suggesting that the Plaintiff was otherwise made known of the answers to interrogatories twelve and seventeen and/or all evidence indicating that its unseasonable amendment to its response to interrogatories twelve and seventeen was harmless.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|