Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50121 | **DATE** | 1/31/2007 |
| **CASE TITLE** | Moule vs. Winnebago Co. Public Defender's Office | | |

**DOCKET ENTRY TEXT:**

    For the reasons stated in the attached Memorandum Opinion and Order, the requests remaining in Plaintiff's Motion to Strike Defendant's Supplemental Discovery are granted in part and denied in part.

    Having reviewed the witness-by-witness breakdown provided by the Defendant, the court has determined that Plaintiff was "otherwise made known" of the answers to interrogatory twelve with regard to the following witnesses: Karen Sorenson; Kate Hadley; Kathy McNeely-Johnson; Robert Fuenty; Pam Wells; and Janet Holmgren. The court denies Plaintiff's motion insofar as it seeks to strike the testimony of these witnesses on the subject of Interrogatory Twelve.

    However, Plaintiff was not "otherwise made known" of the answers to interrogatory twelve with regard to: Susan Kalbantner; Stacy Forsythe; David Doll; Wendell Coates; Gary Pumilia; Dave Bates and Jody Hungress. As such, the court grants Plaintiff's motion insofar as it seeks to strike testimony from these witnesses on the subject of Interrogatory Twelve.

    No redactions to the Defendant's Motion for Summary Judgment are necessary in light of this order. Plaintiff's response to the Motion for Summary Judgment is due 3/2/07. Defendant's Reply is due 3/16/07. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JH |
|---|---|---|